IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SERGEY KOZLOV,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.                          CASE NO. 1D14-3059

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed October 6, 2014.

An appeal from the Circuit Court for Columbia County.
Wesley R. Douglas, Judge.

Sergey Kozlov, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

VAN NORTWICK, RAY, and OSTERHAUS, JJ., CONCUR.